UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LORENZA GARCIA, *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL ACTION NO. 7:15-CV-456 |
| | § |
| GREAT LAKES REINSURANCE (UK) SE, *et al*, | § |
| | § |
| Defendants. | § |

## FINAL JUDGMENT

On this date, the court considered the Joint Stipulation of Dismissal filed on June 1, 2016 by Plaintiffs Jose and Lorenza Garcia, and Defendants Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) PLC) and Gentry and Associates Claims Services, Inc., and in accordance with that Stipulation of Dismissal, the court **ORDERS, ADJUDGES, and DECREES** that the claims of Plaintiffs, Jose and Lorenza Garcia, against Defendants, Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) PLC) and Gentry and Associates Claims Services, Inc., be, and are hereby, dismissed with prejudice.

The Court further **ORDERS, ADJUDGES, and DECREES** that each party will bear the court costs incurred by that party.

SO ORDERED this 2nd day of June, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge